# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Anthony Hawkins | : |
| 2902 Buckthorn Ct. | : |
| Glenarden, Maryland 20706 | : |
| | : |
| Sparkle Hawkins | : |
| 2902 Buckthorn Ct. | : |
| Glenarden, Maryland 20706 | : |
| | : |
|       Plaintiff, | : |
| v. | : |
| | : |
| The District of Columbia | : |
| | : |
| Muriel Bowser | : |
| The Wilson Building | : |
| 1350 Pennsylvania Avenue, NW | : |
| Washington, D.C. 20004 | : |
| | : |
| 441 4th Street N.W. | : |
| Suite 800 South | : |
| Washington, D.C. 20001 | : |
| | : |
| Karl Racine | : |
| Attorney General DC | : |
| 1350 Pennsylvania Avenue, N.W. | : |
| Washington, D.C. 2004 | : |
| | : |
| and | : |
| | : |
| WASHINGTON METROPOLITAN | : |
| AREA TRANSIT AUTHORITY | : |
| 600 Fifth St., N.W. | : |
| Washington, D.C.  20001-1013 | : |
| | : |
| Serve:  Authorized Agent | : |
| Susan Serrian | : |
| Office of General Counsel | : |
| 600 Fifth St., N.W | : |
| Washington, D.C.  20001 | : |
| | : |

| | |
|---|---|
| And | : |
| | : |
| Officer William O'Brien | : |
| 600 Fifth St., N.W. | : |
| Washington, D.C.  20001 | : |
| | : |
| And | : |
| | : |
| Several Unknown Police Officers | : |
| 600 Fifth St., N.W. | : |
| Washington, D.C.  20001 | : |
| | : |
| Defendants. | : |

## NOTICE OF REMOVAL

Comes now Defendants, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA") and OFFICER O'BRIEN, by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, provides notice of removal of a civil action from the Superior Court of the District of Columbia.  In support of the removal, the two Defendants state as follows:

On or about August 19, 2017, Plaintiff filed this action in the Superior Court for the District of Columbia, under the caption Hawkins v. Officer William O'Brien, et al., 2017 CA 005807 B (copy attached).

Two of the three named Defendants, WMATA and Officer O'Brien, were served. WMATA was served on September 6, 2017 and Officer O'Brien was served on September 11, 2017.   The Complaint and the "Initial Order and Addendum" were served on the two Defendants and are attached hereto.  No summons was attached to either Complaint.  These attached documents constitute the only process, pleadings or orders received by the two Defendants in the action.  The Complaint alleges, among other claims, violations of Plaintiff's rights under United States Constitution.

This is a civil action over which this Court has original jurisdiction, pursuant to the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at §9—1107.01(81), which specifically grants federal question jurisdiction over suits against WMATA to this Court:

> The United States District Court shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia, and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

Additionally, federal question jurisdiction exists as of Officer O'Brien, independent of WMATA's federal question jurisdiction as Plaintiff allege constitutional violations by Officer O'Brien made under color of law.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Civil Court of the District of Columbia, and served along with written notice on Plaintiff's counsel of record. A copy of the "Notice to the Clerk of Removal" is attached hereto as Exhibit B. No admission of fact, law or liability is made or intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to the Defendant(s).

Wherefore, the Defendants, WMATA and Officer O'Brien request that the entire action now pending in the Superior Court for the District of Columbia be removed to this Court.

Respectfully Submitted,

        WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

/s/ Janice L. Cole
Janice L. Cole #440351
Chief Counsel - MTPD
WMATA
600 5th St., N.W.
Washington, D.C.  20001
(202) 962-2543
(202) 962-2550 (facsimile)

 /s/ Neal M. Janey, Jr._____
Neal M. Janey, Jr., Bar No.:  995449
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
Telephone: (202) 962-1067
Facsimile:  (202) 962-2550
E-mail: nmjaney@wmata.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal was served by first class mail, postage prepaid and the court's efiling system this 26th day of September 2017, to:

S. Sarah Shah
Attorney for Plainitffs
1310 L Street. NW
Suite 750
Washington, DC 20005
202-450-1059

        /s/ Janice L. Cole
        Janice L. Cole #440351